PER CURIAM.
 

 DISMISSED. Fla. R.App. P. 9.100(c);
 
 see Pompi v. City of Jacksonville,
 
 872 So.2d 931 (Fla. 1st DCA 2004);
 
 Jacobson
 
 
 *645
 

 v. Sklaire,
 
 50 So.3d 1 (Fla. 3d DCA 2010). This dismissal is without prejudice to any right the appellant may have to seek belated review,
 
 see Brigham v. State,
 
 769 So.2d 1100 (Fla. 1st DCA 2000);
 
 Parker v. McNeil,
 
 9 So.3d 761 (Fla. 1st DCA 2009), or other relief,
 
 see G.W. v. Rushing,
 
 22 So.3d 819, 821 (Fla. 2d DCA 2009);
 
 Alistan v. State,
 
 685 So.2d 1312, 1313 (Fla. 2d DCA 1996).
 

 DAVIS, CLARK, and ROWE, JJ„ concur.